respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re HAWLEY et al. (Supreme Court, Appellate Division, Fourth Department. March 7, 1906.) In the matter of judicial settlement of the accounts of Nora C. Hawley and another, as, etc., of William S. Hawley, deceased. No opinion. Decision and remittitur amended, so as to allow a full bill of costs to the adult respondents and $50 costs and disbursements to the special guardian, against the appellant personally.

HETTRICK, Respondent, v. SELNER, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by William J. Hettrick, Jr., by his guardian ad litem, against Jacob Selner. No opinion. Judgment of the Municipal Court affirmed, with costs.

HIGGINS, Respondent, v. WENTWORTH, Appellant. (Supreme Court, Appellate Division, Second Department. April 27, 1906.) Action by William H. Higgins against Reginald De Merritt Wentworth.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

JENKS, J., not voting.

HILDRETH v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Percy S. Hildreth against the city of New York. No opinion. Motion granted. Order filed.

In re HIRSCH. (Supreme Court, Appellate Division, First Department. April 6, 1906.) In the matter of Ferdinand Hirsch. No opinion. Motion granted, as stated in memorandum per curiam. Settle order on notice.

HOFFMAN HOUSE, NEW YORK, Respondent, v. MANHATTAN STORAGE & WAREHOUSE CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Action by the Hoffman House, New York, against the Manhattan Storage & Warehouse Company and Rose L. Barkley. J. J. Kirby, for appellants. A. A. Wray, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HOLSAPPLE, Appellant, v. AMERICAN HIDE & LEATHER CO. Respondent. (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Action by Ida M. Holsapple, as administratrix, etc., against the American Hide & Leather Company. No opinion. Judgment unanimously affirmed, with costs.

HOLSGROVE, Respondent, v. INTERURBAN ST. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Jeremiah Holsgrove against the Interurban Street Railroad Company. B. H. Ames, for appellant. H. A. Powell, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, J., dissents.

HORN, et al., Respondents, v. THOMAS R. LEVIS & CO., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 2, 1906.) Action by James T. Horn and another against Thomas R. Levis & Co. No opinion. Judgment and order affirmed, with costs.

HORN, Appellant, v. WORDEN et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Action by Charles F. W. Horn against Henry Worden, William S. Worden, and Edwin J. Worden.

PER CURIAM. Judgment and order unanimously affirmed, with costs.

KELLOGG, J., not sitting.

HORRMANN et al. v. FURGUESON et al. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by William Horrmann and William K. Leicht, as surviving trustees, etc., against Cornelius Furgueson, Jr., etc., and others. No opinion. Order, so far as appealed from, affirmed, with costs.

HOUSE et al., Appellants, v. CITY OF ONEIDA et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Action by Charles House and others against the city of Oneida and others.

PER CURIAM. Judgment affirmed, with costs.

PARKER, P. J., not voting.

HUGHES v. HAVENS et al. (Supreme Court, Appellate Division, Fourth Department. March 14, 1906.) Action by Evan Hughes against Herbert E. Havens and another.

PER CURIAM. Plaintiff's exception overruled, motion for new trial denied, and judgment ordered for the defendants, with costs.

McLENNAN, P. J., not voting.

In re HULL. (Supreme Court, Appellate Division, Third Department. March 7, 1906.) In the matter of the final accounting of James Hull, as executor of the last will of Mary E. Hull, deceased. No opinion. Decree unanimously affirmed, with costs to the contestant to be paid out of the estate. See 89 N. Y. Supp. 939.

HULL, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 2, 1906.) Action by S. Augusta Hull against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and NASH, J., dissent, and vote for reversal on the ground that the